IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD PUGGI, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INSURANCE COMPANY, | : | NO. 11-2996 |
|     Defendant. | : | |

### ORDER

AND NOW, this 21st day of July, 2011, upon consideration of the Motion to Dismiss Plaintiff Leonard Puggi's Complaint (Doc. No. 5), the response thereto (Doc. No. 6), and Allstate's reply (Doc. No. 9), and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that the Motion (Doc. No. 5) is DENIED in part as to Count I and GRANTED in part as to Count III, without prejudice to Mr. Puggi to re-file an amended complaint as to Count III.

It is FURTHER ORDERED Mr. Puggi shall file his Amended Complaint, if any, consistent with the terms of this Order by August 19, 2011 and Defendant shall file an Answer or shall otherwise plead in response to the Amended Complaint within three (3) weeks thereafter.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge